THE COURT.
This is an appeal from ~n order sustaining a demurrer without leave to amend. Such an order is nonappealable (Evans v. Dabney (1951), 37 Cal.2d 758, 759 [235 P.2d 604], and authorities there cited; 3 Cal.Jur.2d 476), and this court must, therefore, dismiss the appeal of its own motion. (Collins v. Corse (1936), 8 Cal.2d 123, 124 [64 P.2d 137]; Estate of Brady (1948), 32 Cal.2d 478, 480 [196 P.2d 881]; Rosenberg v. Knesboro (1947), 80 Cal.App.2d 36, 38 [180 P.2d 750]; see, also, 4 Cal.Jur.2d 337, and cases there cited.)
The appeal is, therefore, dismissed.